JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GABRIELA CABRERA, an individual, | Case No.: 2:21-cv-7020-AB (MAAx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING CIVIL ACTION** |
| DEVICI DEVELOPMENT, INC., a California corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **forty-five (45) days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated:  July 19, 2022

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.