JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEVICI DEVELOPMENT, INC., a California corporation; and DOES 1- 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07020-AB (MAAx)<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice, (Dkt. No. 28), filed by Plaintiff Gabriela Cabrera ("Plaintiff") and Devici Development Inc., ("Defendant"), the Court hereby enters a **dismissal with prejudice** of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: August 10, 2022

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE